UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RANDY BEASLEY,

    Petitioner,

v.

    Case No. 2:17-cv-194

DANIEL LESATZ,

    HONORABLE PAUL L. MALONEY

    Respondent.
_____/

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against Petitioner.

Dated: February 5, 2019                                                 /s/ Paul L. Maloney
                                                                                       Paul L. Maloney
                                                                                       United States District Judge